```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 19755
   STACEY S NEVINS
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0088


--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/24/2007 and was not confirmed.

     The case was dismissed without confirmation 11/29/2007.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE CURRENT MORTG         .00             .00            .00
CITIZENS BANK            SECURED VEHIC   14371.77              .00            .00
CITIZENS BANK            UNSECURED      NOT FILED              .00            .00
TAYLOR BEAN AND WHITAKER CURRENT MORTG         .00             .00            .00
TAYLOR BEAN AND WHITAKER MORTGAGE ARRE   20000.00              .00            .00
ASSOCIATES IN ENDOCRINOL UNSECURED       NOT FILED             .00            .00
BANK OF AMERICA          UNSECURED       NOT FILED             .00            .00
CAPITAL ONE              UNSECURED          833.54             .00            .00
CHASE CARDMEMBER SERVICE UNSECURED       NOT FILED             .00            .00
ELGIN LABORATORY PHYSICI UNSECURED       NOT FILED             .00            .00
GENERAL & VASCULAR SURGE UNSECURED       NOT FILED             .00            .00
HSBC CARD SERVICES       UNSECURED       NOT FILED             .00            .00
PROVENA HEALTH           UNSECURED       NOT FILED             .00            .00
PROVENA HEALTH           UNSECURED       NOT FILED             .00            .00
PROVENA HEALTH           UNSECURED       NOT FILED             .00            .00
PROVENA HEALTH           UNSECURED       NOT FILED             .00            .00
PROVENA HEALTH           UNSECURED       NOT FILED             .00            .00
PROVENA HEALTH           UNSECURED       NOT FILED             .00            .00
RIVER WEST ANESTHESIOLOG UNSECURED       NOT FILED             .00            .00
SUBURBAN ENDOCRINOLOGY & UNSECURED          220.00             .00            .00
FRANK X WEINERT III      DEBTOR ATTY          .00                             .00
TOM VAUGHN               TRUSTEE                                              .00
DEBTOR REFUND            REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 19755 STACEY S NEVINS
```

```
DEBTOR REFUND                                                            .00
                                         ---------------     ---------------
TOTALS                                               .00                 .00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                       /s/ Tom Vaughn
   Dated: 02/27/08                     _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE
```